IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| LOAN FUNDER LLC, SERIES 2130, | ) | CV 19-00016-SOM-RT |
|---|---|---|
| Plaintiff, | ) ) ) | ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION |
| vs. | ) ) ) | |
| ALEX, LLC ET AL, | ) ) | |
| Defendant. | ) | |

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on June 06, 2019, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, "the Findings and Recommendations To Grant in Part and Deny in Part Plaintiff's Motion For Default Judgment and Decree of Foreclosure Against Defendants Alex, LLC, Donald Dwight Hodge and Infinity Capital Finance Corporation", ECF NO. [37] are adopted as the opinion and order of this Court.

IT IS SO ORDERED.



/s/ Susan Oki Mollway
Susan Oki Mollway
United States District Judge